**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mary Lynne O'Brien | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN | District of | PENNSYLVANIA |
| Case Number (if known) | 15-10185 | | |

Form B 6J

# Schedule J: Your Expenses – Continuation Page

**All figures below are included in the total on Line 22 of Schedule J**

| 2. Additional Dependents<br>Do not list Debtor 1 and Debtor 2.<br>Do not state the dependents' names. | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ❏ No ❏ Yes |
| | | | ❏ No ❏ Yes |
| | | | ❏ No ❏ Yes |

**Your Expenses**

**6d.  Other Utilities.**

　Specify: _____   $ _____

　Specify: _____   $ _____

**15d.  Other Insurance.**

　Specify: _____   $ _____

　Specify: _____   $ _____

**16.  Taxes.** Do not included taxes deducted from your pay or included in Lines 4 or 20.

　Specify: _____   $ _____

　Specify: _____   $ _____

**19.  Other payments you make to support others who do not live with you.**

　Specify: _____   $ _____

　Specify: _____   $ _____

**21.  Other.**

　Specify: Pet Food, Vet Expenses   $ 160.00

　Specify: Car Expenses/Repairs   $ 50.00

　Specify: _____   $ _____

　Specify: _____   $ _____

　Specify: _____   $ _____

　Specify: _____   $ _____