B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
__EASTERN__ District Of __PENNSYLVANIA__

In re  Mary Lynne O'Brien                           Case No. __15-10185__
   aka Mary Lynne Loos
   aka Mary L. Loos                                    Chapter __13__
                  Debtor

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

**Certification of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Mary Lynne O'Brien | X /s/ Mary Lynne O'Brien |
|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor        Date |
| Case No. (if known) 15-10185 | X_____ |
|  | Signature of Joint Debtor (if any)   Date |
| Date 01/08/2015 |  |

---

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.